IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROSALINDA SANCHEZ GUERRERO MORALES, et al., § § § Plaintiffs, § § v. § Civil Action § No. C-06-377 GABLE KENNEL, LLC, et al., § § Defendants. § § | |

**ORDER**

The Court hereby ORDERS that the above-styled action is STAYED until November 6, 2006, as to Defendant Richard Brown. This STAY includes, but is not limited to, Defendant Richard Brown's response to Plaintiffs' complaint, as well as Defendant Richard Brown's initial disclosures pursuant to Federal Rule of Civil Procedure 26(f).

SIGNED and ENTERED on this 5th day of October, 2006.

_____
Janis Graham Jack
United States District Judge