IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSALINDA SANCHEZ GUERRERO MORALES, et al., | § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. C-06-377 |
| GABLE KENNEL, LLC, et al., | § § § | |
| Defendants. | § § § § § | |

**ORDER**

On this day came on to be considered the motion of Defendant Margaret Brown for leave to modify the scheduling order in the above-styled action (D.E. 40, 41, seeking to modify the scheduling order at D.E. 12). Defendant Brown's motion is hereby DENIED. The scheduling order entered by the Court on October 5, 2007 remains in place in this case. The dispositive motion deadline in the case remains set for June 15, 2007, and the trial in the case remains

set for September 5, 2007.  (D.E. 12, Scheduling Order, ¶¶ 1, 4).[1]

SIGNED and ENTERED on this 3rd day of August, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] The Court notes that the scheduling order sets the discovery deadline in the case for June 29, 2007.  However, certain parties have agreed to extend the discovery deadline to August 20, 2007. Per the General Order in this case, the parties may extend the discovery deadline by agreement.  (D.E. 13, General Order, ¶ 1(B)). However, the parties may _not_ extend the dispositive motion or trial deadline even by agreement, and the Court explicitly does _not_ grant the parties leave to modify those deadlines.  (Id., ¶ 1(A)).  The dispositive motion deadline remains set for June 15, 2007 (which has already passed) and the trial date remains set for September 5, 2007.  (D.E. 12, Scheduling Order, ¶¶ 1, 4).