**KNORPP SAFETY SERVICES**
2149 Misty's Run
Keller, Texas 76248

(817) 379-0840-metro
(817) 379-0994-fax-metro

knorppsafe@verizon.net
(817) 235-2365-mobile

_____James T. Knorpp, P.E., CSP_____

## EDUCATION AND CERTIFICATION

Texas Tech University, BS Industrial Engineering 5/60

**Registered Professional Engineer**, State of Texas #25339 4/29/66

**Certified Safety Professional** #2840 9/1/72

TWCC Professional Safety Source #0675

Professional Member **American Society of Safety Engineers** 4085800
Member American **Industrial Hygiene Association**-North Texas Chapter

## EXPERIENCE

**9/94 to present**
Principal: Knorpp Safety Services

Engaged in providing safety and health services to a wide range of industry including but not limited to construction, manufacturing, agriculture, service operations and oil and gas drilling, production operations and processing. Safety and health training services are available. Available to represent clients with OSHA inspections and assist in other actions associated with OSHA actions, accident investigations and legal actions that result from accidents and injuries. Available for compliance audits including recordkeeping requirements and procedures.  Clients have included defense and plaintiff attorneys, U.S. Attorney's Office, Occupational Safety and Health Administration and USDOL Office of the Solicitor as well as a variety of employers and organizations. **Specializing in all matters of OSHA and code compliance and assistance to employers and employees in matters of occupational safety and health.  Litigation support and opinion provided for plaintiff and defense issues.**

**Retired U. S. Department of Labor-Occupational Safety and Health Administration (OSHA). Last position: Area Director. Length of time as Area Director: 23 years.**

4/71 to 9/94
**Area Director**, U. S. Department of Labor-Occupational Safety and Health Administration (**OSHA**), Fort Worth, Tx, Dallas, Tx, Albuquerque, N. M. and Tulsa, Ok.

Administered **all aspects of OSHA operations** including field work and compliance officer training in the jurisdictions of the offices involved.  Geographic operations included in different offices included Oklahoma, Arkansas, New Mexico and Texas.

Specific work activity included Compliance operations including field work in all types of industry including construction, manufacturing, oil and gas production and exploration, maritime and service industries and included training and catastrophe investigation-**Team Leader for Arco Chemical explosion** investigation.

12/66 to 4/71
**Safety Engineer & Senior Safety Engineer**-U. S. Department of Labor, Bureau of Labor Standards, Detroit, Mi. and Galveston, Tx. Work included field inspections and enforcement of safety and health provisions of U. S. Department of Labor Safety and Health Standards for government contractors and maritime operations.

1962 to 1966
**Field Safety Engineer and Special Projects Engineer**, Industrial Indemnity Co, Oklahoma City, Ok. and Dallas, Tx.

1961 to 1962
**Field Safety Engineer**, Texas Employers Insurance Association, Abilene, Tx.

Commissioned as Second Lieutenant in U. S. Army, rising to the grade of Captain, Air Defense Artillery and Civil Affairs.

General Information:

**Safety and health expertise in a wide variety of industry including but not limited to construction, manufacturing, agriculture, oil and gas drilling and production, process safety, maritime operations, mining, offshore work as well as service industries.**

Training sessions conducted in OSHA compliance, record keeping requirements, general construction, excavation, fall protection, bloodborne pathogens, hazard communication, lockout/tagout, confined spaces, record keeping, federal agency safety, electrical work practices and compliance with all 29 CFR 1910 and 1926 standards, as well as administrative OSHA standards.  Certified by OSHA to teach construction training courses.

Previous guest lecturer on safety and health subjects at Oklahoma University, Oklahoma State University, Tulsa Junior College, University of Texas-Arlington, Baylor University, University of North Texas and Texas A & M University.  Past instructor at Tulsa Junior College and OU Center for Continuing Education.

Past guest instructor for Texas A & M Extension Service (TEEKS-OSHA Satellite Training Facility), DFW Airport and individual companies. Authorized to instruct OSHA 500 courses.

Past Certified instructor for the Texas Safety Association-North Texas Safety Consortium Contractor Safety Awareness program.(Inactive)

1/1/07 revised.

# William W.R. Purcell, PE, CSP, MS
## Purcell Safety Engineering
1600 Country Walk Drive
McKinney, Texas 75071
Tel 972.542.7300    Fax 972.547.1756
A Practice of Safety Engineering Related to Construction and Industrial Workplaces,
Products, Premises and Human Factors

## BIOGRAPHICAL DATA

EDUCATION:

Master of Science, Safety Engineering, Texas A&M University, College Station, Texas, 5/92
- * Industrial Safety Engineering
- * Human Factors and Ergonomics
- * Product Safety Engineering
- * Human Operator in Complex Systems
- * Systems Safety Engineering
- * Worker Response in Environmental Stress
- * Safety Engineering in Facilities Design
- * Applications of Construction Law

Bachelor of Science, Civil Engineering, Texas A&M University, College Station, Texas, 1/65

REGISTRATIONS AND CERTIFICATIONS:

Registered Professional Engineer, State of Texas, #60030, 1986
Certified Safety Professional (CSP), #12542, 1994

EXPERIENCE: 20 years Construction M'gmt., 24 years Consulting in Safety/Civil Engineering

Additional Areas of Particular Qualification:
* Construction and Industrial Safety Engineering and Accident Analysis
* Product Safety, Machine Guarding, Warnings and Instructions
* Facility/Premises Safety Programming and Hazard Analysis
* Construction and Industrial Fall Prevention and Protection Systems
* Site Owner / Outside Contractor / Subcontractor Responsibilities
* Contractual Responsibilities of Parties to Construction

Invited Guest Lecturer, Texas A&M University:
* Construction Site Safety
* Product Safety Applications
* Systems Approach to Occupational Safety
* Construction Contracts and Safety

PROFESSIONAL SOCIETY MEMBERSHIPS:

American Society of Safety Engineers (ASSE, Professional Member)
International Society for Fall Protection (ISFP)    Associated General Contractors (AGC)
System Safety Society (SSS)    National Safety Council (NSC)

PERSONAL:
Birth date: 9-20-42    Height: 5'11"  Weight: 185
Marital Status: Married (4 children)    Website: http://www.safetyengineer.com

PURCELL, William, W.R., P.E., CSP
Page 2

EXPERIENCE:

Principal Consultant - Purcell Safety Engineering, College Station, Texas, 1995-Present. Safety engineering and safety management in construction and industrial work environments. Multi-employer worksite safety. Product safety engineering through design, guarding, warnings and instructions. Construction, industrial, and consumer product accident analysis. Analysis of workplace hazards and accidents. Product hazard and design safety program evaluations. Human Factors, Biomechanics, Ergonomics in control of hazards in the workplace and products. Evaluation of safety plans of industrial and public facilities. Safety literature research. Guest Lecturer, Safety Engineering, Texas A&M University.

Consultant and Professional Associate - (as above) Nelson & Associates, Bryan, TX, 1992-1995.

Consulting Engineer: D.B.A. William W. R. Purcell, P. E., Consultant, a professional consulting services firm in safety, construction management and engineering; 1988-92. Major projects/matters included:

    Safety Consultant services relating to construction site safety programs, product safety, contractual responsibilities, OSHA compliance and accident/hazard analysis.

    Construction Management Consultant for Facility Inspection, Contract Analysis and Reports; services spanning 3 years, related to litigation on an existing, five-story 90,000 sf office and retail building complex, College Station, Texas; Owner: savings and loan institution, Houston, TX.

    Construction Management Consultant on a contract for Facility Survey and Rehab Budgets, 129 government-owned structures at six locations, Texas, Arkansas, New Mexico and Oklahoma.

    Full Design and Construction Observation services for high energy-efficiency roof systems (replacement), 12 research buildings, College Station and Temple, TX ($835,000 total).

    Prime Design Consultant and Construction Observation services on numerous USDA-ARS maintenance/research facilities, including remodeling, site lighting, fire detection and alarm systems, parking surface expansion, College Station, TX.

Consulting Engineer-Associate: Walton & Associates, Consulting Engineers, Inc., Bryan, Texas; 1982-1988:

    Associate-in-Charge: Master Plan effort and conceptual cost planning on 610-acre Bryan Business park, Bryan, Texas.

Guerrero - Morales  06-0935
Plantiff's Document  0029

PURCELL, William, W.R., P.E., CSP
Page 3

EXPERIENCE: (cont'd)

Consulting Engineer-Associate: Walton & Associates, Consulting Engineers, Inc., Bryan, Texas; 1982-1988: (Cont'd)

  Associate-in-Charge: Conceptual planning, cost projections, management of engineering design document production, construction observation and contract administration for 150-acre, Phase I of Bryan Business Park development, Bryan, Texas ($2.0 million).

  Associate-in-Charge: Consultant services provided to the State of Texas, Attorney General's office, on six construction contract claims resulting from highway construction projects. Claims totaled $10 million.

  Associate-in-Charge: Construction management consulting services for $15 million bond issue CSISD construction program of five school projects, College Station, Texas.

  Associate-in-Charge: Construction management and design coordination of renovation program on four research buildings, USDA-ARS federal agency complex, College Station, Texas.

Construction Manager: Responsibilities and activities included early design development, conceptual estimating, contract negotiations, purchasing major subcontracts and construction materials orders, Critical Path Method (CPM) scheduling, safety management, processing change orders and contract claims and overall management of project construction teams through completion. Primarily with three major general contractors, Henry C. Beck of Dallas (HCB), Linbeck of Houston (LCC) and Blount Brothers of Montgomery, AL (BBC).

  Senior Project Manager (1977-82):

    1800 West Loop Tower, Houston, Texas (HCB)
    420,000 sf Office Building and 12-level Garage
    $25,000,000

Guerrero - Morales 06-0935
Plantiff's Document 0030

PURCELL, William, W.R., P.E., CSP
Page 4

EXPERIENCE: (cont'd)

Construction Manager: (cont'd)
Senior Project Manager: (cont'd)

Marshall Field's & Company, Houston, Texas (HCB)
220,000 sf Retail Facility
$11,350,000

Hilton Hotel, Houston, Texas (HCB)
309 Rooms and Public Facilities
$9,000,000

Scientific Placements, Inc., Houston, Texas (HCB)
65,000 sf Office Complex
$2,100,000

Greenspoint Hotel, Houston, Texas (HCB)
468 Rooms and Public Facilities
$32,000,000 (Design Development Only)

Director Operations and Manager of Iran Office (1975-77),
Tehran, Iran, with international general contractor (LCC).

Project Manager (1973-75):

Western Geophysical Corporate Offices, Houston, TX (LCC)
330,000 sf Building and Tape Storage Facility
$10,000,000

American Bank & Trust Building, Baton Rouge, Louisiana
350,000 sf (24 floors) Office and Garage complex. (LCC)
$12,000,000

Wheat Securities Building (Interim Project Manager)
Richmond, Virginia. (LCC)
250,000 sf Office Building and Underground Garage
$14,000,000

Guerrero - Morales  06-0935
Plantiff's Document  0031

**PURCELL, William, W.R., P.E., CSP**
Page 5

EXPERIENCE: (cont'd)

Construction Manager: (cont'd)
    Project Engineer (1970-73):
        Dresser Tower, Houston, Texas (LCC)
        1,200,000 sf (40-floor) Office Building and Garage
        $36,000,000
        Cullen Center Bank & Trust Lease, Houston, Texas (LCC)
        $2,500,000
        Two Shell Plaza, Houston, Texas (BBC)
        350,000 sf (27-floor) Office Building and Garage
        $15,000,000

    Engineer/Assistant Superintendent (1969-70):
        IBM Manufacturing Facility, Fishkill, New York (BBC)
        300,000 sf; one level, computer chip manufacturing
        facility, with high-tech labs and offices.
        $10,000,000

    Estimator (1968-69), corporate offices, Montgomery, AL (BBC)

SEMINARS ATTENDED:
- Corporation Management, 1969, 1974, 1981
- Construction Claims, 2-day, 1986
- Advanced Construction Claims, 1-day, 1986
- OSHA, Construction Safety, 100% Fall Protection Planning, ASSE/TSA ,1991
- OSHA, Fall Protection and Respiratory Equipment, TSA, 1-day, 1995
- OSHA, Construction Safety & Health Certification, 10-hour, 1996
- CMA/API, "Implementation of (Process Plant) Contractor Safety Program," 1997
- ASSE/TSA Safety Conference, 3-day, 1999
- ASSE Prof. Development Conference: CG cylinder safety; hwy/work zone safety; fall protection equipment and design considerations; confined space; incident root causes; chemical process incident investigations, 2-day, 2003
- OSHA, Fall Protection - system design, comm./residential, impalement, equipment, 8-hr, 2004
- ASSE Prof. Development Conference: OSHA Multi-Employer policy; HAZ-COM; Hispanic workforce issues; Chemical accident prevention; JSA's; Process safety; Substance abuse; Occupational exposures; Jobsite control; Rule breaking; Outsourcing, 3-day, 2005

MILITARY EXPERIENCE:
Captain, United States Army, Corps of Engineers, 293rd Engineer Battalion (Construction), Germany. Served as Battalion Executive Officer, Operations Officer and held two company commands. Served on numerous Courts Martial. Managed construction efforts of 900-man battalion efforts, including rock crushing plant, road construction, munitions storage facilities, heavy construction equipment use, bridge erection and earth projects.

# CURRICULUM VITAE

**J. Herbert Burkman, Ph.D.**      2501 Oak Lawn Avenue   Suite 100
Dallas, Texas 75219
T 214.443.0664
jherb100@aol.com

**GENERAL SUMMARY**   Economist with background in corporate economic analysis, academic instruction, research, and consulting. Thirty years of experience in economic and statistical inquiry across a broad range of topics. Have conducted studies of market expansion, long-term output growth, and consumer demand for two large corporations. Experience in developing and presenting economic and financial reviews for clients and professional organizations. Have developed and maintained econometric models for business decision-making.

Nine years of full-time college teaching and research; twenty-five years of part-time teaching in graduate and undergraduate programs. Academic research focused on international comparisons of capital and labor productivity. Lecturer in microeconomics, macroeconomics, monetary theory and policy, finance, and statistics. Experience in evaluating the economic impacts of technological change, employment actions, and accidental injuries. Experience in assessing the present value of economic loss.

## PROFILE

June 1987      J. HERBERT BURKMAN AND ASSOCIATES
to Present      Dallas, Texas

The firm provides economic and financial information to a range of clients. Recent assignments have included preparation of economic information bases, general economic loss assessment reports, including lost earnings and benefits analyses, lost profit analyses, expert witness testimony, project costs and benefits, business and industry forecasts, including forecasts of technological change in energy consumption.

June 2004      ADJUNCT LECTURER
to Present      SOUTHERN METHODIST UNIVERSITY
Dallas, Texas

Position in the Department of Economics currently includes teaching a graduate course in monetary policy (Summer Terms 2004 and 2005), a graduate course in managerial economics (Fall Terms 2004 and 2005), and an undergraduate course in cost benefit analysis (Spring 2005; also scheduled for Spring 2006).

J. Herbert Burkman, Ph. D.  
Curriculum Vitae

Page 2 of 5

| | |
|---|---|
| January 2004 to Present | **INSTITUTE FOR POLICY STUDIES AND INFORMATION SERVICES (IPSIS)**<br>Dallas, Texas |

Serve as a consulting economist. IPSIS provides economic and financial information to a range of clients. Recent assignments have included review, analysis, and assessment of personal lost income following accidental injury or wrongful death, a study of the structure of markets for animal pharmaceuticals, and lost profit assessment.

| | |
|---|---|
| January 1996 to 2005 | **LECTURER II**<br>OUR LADY OF THE LAKE UNIVERSITY<br>San Antonio, Texas |

Recent assignments have included teaching core curriculum economics courses to graduate and undergraduate students at the Dallas, Texas Weekend Campus. Position requires teaching several courses annually, including managerial economics (MBA program), labor economics (undergraduate curriculum), and monetary theory and policy (undergraduate curriculum).

| | |
|---|---|
| June 1988 to May 1996 | **ADJUNCT LECTURER**<br>THE UNIVERSITY OF TEXAS AT DALLAS<br>Dallas, Texas |

Position in the School of Management required teaching one or two graduate courses in managerial economics (MBA program) each academic year.

| | |
|---|---|
| November 1984 to August 1987 | **ECONOMIC RESEARCH DEPARTMENT**<br>TEXAS UTILITIES ELECTRIC COMPANY<br>Dallas, Texas |

**Senior Economic Analyst**  Responsibilities included 1) designing and developing econometric models of sales, customers, and peak demand arising in the residential, commercial, and industrial sectors of the service territory; 2) maintaining data bases necessary for model estimation and simulation; and 3) providing economic outlook reviews for corporate planning.

Position activities included monitoring national, state, and regional economic changes, industry activity, fuel price conditions, and regional demographic trends.

J. Herbert Burkman, Ph. D.  
Curriculum Vitae

Page 3 of 5

January 1979     LOAD FORECASTING DEPARTMENT  
to October 1984    ATLANTIC ENERGY COMPANY  
                          Atlantic City, New Jersey

**Economic Analyst**    Responsibilities and activities were similar to position at Texas Utilities.

September 1976    DEPARTMENT OF BUSINESS ADMINISTRATION  
to January 1979     MONMOUTH COLLEGE  
                          West Long Branch, New Jersey

**Assistant Professor of Economics**   Responsibilities included teaching and research in economics and statistics in both graduate and undergraduate curricula in business studies and economics. Designed and taught courses emphasizing pragmatic approaches to economic and business decision-making. After leaving full-time teaching in 1979, continued teaching part-time until 1984.

Between 1976 and 1979 initiated expansion of curriculum designed to increase student's exposure to the role of international business, a forerunner to the study of the effects of globalization.

September 1971     FACULTY OF PROFESSIONAL STUDIES  
to August 1976      STOCKTON COLLEGE  
                          Pomona, New Jersey

**Assistant Professor of Economics**   One of the founders of the Department of Economics at this new (1971) New Jersey state college. Helped to establish the curriculum, develop the economics and business library collection, and guide the department through initial accreditation. Advisor to foreign students.

September 1966     DEPARTMENT OF ECONOMICS  
to August 1971      UNIVERSITY OF PITTSBURGH  
                          Pittsburgh, Pennsylvania

**Graduate Fellow**   Graduate student in economics and Asian Studies. Program emphasized economic theory, economic development, money and banking, and statistics. Four years Chinese (Mandarin) language training. Studied the economic development of China and Japan, and Asian politics and culture.

**J. Herbert Burkman, Ph. D.**  
**Curriculum Vitae**                                                       Page 4 of 5

| | |
|---|---|
| **EDUCATION** | Ph.D., University of Pittsburgh, 1977<br>Economics |
| | B.A., University of Pittsburgh, 1966<br>Sociology |
| **DISSERTATION** | "Technological Change and Productivity Growth in the Textile Industries of Japan and Hong Kong, 1950-1974" |
| **FELLOWSHIPS** | |
| September 1967 to August 1971 | NDEA (National Defense Education Act)<br>Title VI Fellow, Department of Economics, University of Pittsburgh, Pittsburgh, Pennsylvania, 1967-1971 |

**PRESENTATIONS**

"Economic Applications for the Vocational Specialist," a 4-hour seminar in present value analysis with applications for the vocational specialist (4 CEU) delivered at the annual national conference of the American Rehabilitation Economics Association, May 15-17, 1998.

"Introduction to Economic Evaluations for the Vocational Specialist," 12-hour workshop (1 graduate credit) presented at the annual national conference of the American Rehabilitation Economics Association, May 14-16, 1999.

"Economic Assessments: Preparing for a Daubert Challenge," 12-hour workshop (1 graduate credit) presented at the annual national conference of the American Rehabilitation Economics Association, May 19-21, 2000.

"Updates on Daubert," 8-hour workshop for vocational specialists and economists whose work includes expert reports and testimony, presented at the annual national conference of the American Rehabilitation Economics Association, May 2001.

"Economic Foundations of Lost Earnings Reports," 8-hour workshop for vocational specialists and economists, presented at the annual national conference of the American Rehabilitation Economics Association, May 16-18, 2002.

Guerrero - Morales   06-0935
Plantiff's Document   0036

**J. Herbert Burkman, Ph. D.**  Page 5 of 5
**Curriculum Vitae**

(with Jerry Martin, Ph.D., Mary Barros-Bailey, M.A., and Penelope Caragonne, Ph.D.), "Calculating Vocational Loss, Economic Damages and Present Value," 12-hour workshop (1 graduate credit) for vocational specialists and economists, presented at the annual national conference of the American Rehabilitation Economics Association, May 15-18, 2003.

(with Kevin Marshall, Ph.D.), "Calculating Economic Loss: From Theory to Practice," 12-hour workshop (1 graduate credit) for vocational specialists and economists, presented at the annual national conference of the American Rehabilitation Economics Association, presented at the annual national conference of the American Rehabilitation Economics Association, May 13-16, 2004.

"Economic Evaluation of a Life Care Plan," paper presented at the annual national conference of the American Rehabilitation Economics Association, May 13-16, 2004.

## PUBLICATIONS

(with David Lester, Abraham Narkunski, and Alfonso Gandica), "An Exploratory Study of Correlates of Success in a Vocational Training Program for Ex-addicts," **Psychological Reports**, 37, 1975, pp. 1212-1214.