UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSALINDA SANCHEZ GUERRERO MORALES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANGEL CAJA MORALES, DECEASED, AND AS NEXT FRIEND OF THEIR MINOR CHILDREN, ALEJANDRA CAJA SANCHEZ, LUIS ANGEL CAJA SANCHEZ DANIELA CAJA SANCHEZ AND MARIA DE LOS ANGELES CAJA SANCHEZ; JUAN CAJA GUERRERO AND ENEDINA MORALES DIAZ, INDIVIDUALLY | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 06-377<br><br>Jury Trial Demanded |
| VS. | | |
| GABLE KENNEL, LLC; HARLYN O. GOEBEL; MARGARET BROWN; AND GABLE GULF KENNEL, LLC | | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants and Plaintiffs announce to the Court that:

1.  Plaintiffs, Rosalinda Sanchez Guerrero Morales, Individually and as Representative of the Estate of Angel Caja Morales, Deceased, and as Next Friend of their Minor Children, Alejandra Caja Sanchez, Luis Angel Caja Sanchez, Daniela Caja Sanchez and Maria de los Angeles Caja Sanchez; Juan Caja Guerrero and Enedina Morales Diaz, Individually, and Defendants, Harlyn O. Goebel, Gable Kennel, LLC, Gable Gulf Kennel, LLC, and Margaret Brown, have fully and finally settled all matters by and between them in this Civil Action pending court approval of the minors' settlement.

2. Plaintiffs have previously filed with this Court their Unopposed Motion for Appointment of Attorney Ad Litem (#45) who is bilingual in order to protect the interests of the minor children who are plaintiffs in this case.

3. The parties suggest that the pretrial hearing scheduled for Tuesday, September 4, 2007 and the trial scheduled thereafter are now moot and should be removed from the Court's docket.

4. The parties further suggest that, after appointment of a bilingual attorney ad litem for the minor children, this Court set this matter for a hearing on the Agreed Judgment contemplated by the parties' settlement.

Respectfully submitted,

s/James F. Perrin
James F. Perrin
Attorney-in-Charge
State Bar No. 24027611
Federal ID No. 29481
Wyatt Law Firm, Ltd.
4825 Everhart Road
Corpus Christi, Texas 78411
Telephone (361) 857-2727
Facsimile (361) 857-8783
ATTORNEYS FOR PLAINTIFFS

s/ George R. Carlton, Jr.
George R Carlton, Jr.
Attorney-in-Charge
State Bar No. 03819500
Federal ID No. 344473
Godwin, Pappas, Ronquille, LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270
(214) 939-4400 telephone
(214) 760-7332 facsimile
ATTORNEY FOR DEFENDANTS
HARLYN GOEBEL, GABLE KENNEL, LLC
AND GABLE GULF KENNEL, LLC

_s/ Lamar Clemons_
Lamar Clemons
Attorney-in-Charge
State Bar No. 04372800
Federal ID No. 16610
English & Clemons
555 N. Carancahua, Suite 1500
Corpus Christi, TX 78478
(361) 882-2244 telephone
(361) 882-2773 facsimile
ATTORNEYS FOR DEFENDANT
MARGARET BROWN

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the attorneys of record of all parties in the above cause in accordance with the Federal Rules of Civil Procedure, on this the 30th day of August, 2007, by the method indicated below.

_s/ James F. Perrin_
**JAMES F. PERRIN**

**VIA E-FILE**
Mr. George R. Carlton, Jr.
Godwin, Pappas, Ronquille, LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270

Mr. Lamar Clemons
ENGLISH & CLEMONS
555 N. Carancahua, Suite 1500
Corpus Christi, TX 78478