UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSALINDA SANCHEZ GUERRERO MORALES, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-06-377 |
| | § | |
| GABLE KENNEL, LLC, *et al*, | § § | |
| Defendants. | § | |

## AMENDED ORDER[1]

On this day a settlement conference was scheduled in the above-styled action. At the scheduled settlement conference, Plaintiffs Rosalinda Sanchez Guerrero Morales and minor children Alejandra Caja Sanchez, Luis Angel Caja Sanchez, Daniela Caja Sanchez and Maria de los Angeles Caja Sanchez were to appear by videoconference. However, after significant effort was expended by Court personnel to set up the videoconference link between the United States and Mexico, Plaintiffs failed to appear at the designated videoconference site.

At the December 21, 2007 hearing, Plaintiffs' counsel informed the Court that even though Plaintiffs chose to file suit in this Court, Plaintiffs did not make any effort whatsoever to attend the settlement hearing at the United States Courthouse in Corpus Christi, Texas. Specifically, Plaintiffs' counsel indicated that no effort was made to contact the United States consulate in Mexico to arrange for Plaintiffs to enter the United States for the purpose of attending the settlement hearing.

Further, at the December 21, 2007 hearing, the guardian ad litem appointed to represent the interests of the minor children Plaintiffs indicated that she had never met or spoken with any

---

[1] This Amended Order REPLACES the Order entered as Docket Entry No. 53.

of the children she purported to represent. The guardian ad litem, Rose Harrison, indicated that she had only spoken with the mother of the minor children by telephone. Ms. Harrison had not spoken with any of the children regarding their injuries, nor had she reviewed their school or medical records.

In light of the above, the Court hereby ORDERS Plaintiffs to appear *in person* before this Court to prove up their settlement in the above-styled action. Plaintiffs must appear in person at a settlement hearing before this Court by January 21, 2008, or their case may placed back on the Court's docket with a February, 2008 trial setting. Plaintiffs are ORDERED to contact the Court to schedule a date for the settlement conference.

SIGNED and ORDERED this 21st day of December, 2007.

*Janis Graham Jack*
Janis Graham Jack
United States District Judge